1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARTIN VELEZ,

11           Plaintiff,                    No. CIV S-07-1802 WBS DAD P

12       vs.

13   WOODFORD, et al.,

14           Defendants.                   ORDER

15   _____/

16           Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18   § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19   § 636(b)(1).

20           Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22           Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

23   U.S.C. § 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently

24   without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C.

25   § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the preceding

26   month's income credited to plaintiff's prison trust account.  These payments shall be collected

1

1  and forwarded by the appropriate agency to the Clerk of the Court each time the amount in

2  plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.

3  § 1915(b)(2).

4          The complaint states a cognizable claim for relief as to defendants correctional

5  officer van Dendries and correctional officer T. Shirley.  If the allegations of the complaint are

6  proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  However,

7  plaintiff has not set forth any factual allegations concerning defendants Woodford and Campbell.

8  Accordingly, the court will not direct service on these two defendants.

9          Included in plaintiff's prayer for relief is a request for a court order which would

10  "certify this action for future similarly situated I/M's health & safety." (Compl., Attach. at 13.)

11  To the extent that plaintiff seeks to have this case proceed as a class action lawsuit, the request

12  for certification will be denied.  Plaintiff is a non-lawyer proceeding without counsel.  It is well

13  established that a layperson cannot ordinarily represent the interests of a class.  See McShane v.

14  United States, 366 F.2d 286 (9th Cir. 1966).  This rule becomes almost absolute when, as here,

15  the putative class representative is incarcerated and proceeding pro se.  Oxendine v. Williams,

16  509 F.2d 1405, 1407 (4th Cir. 1975).  In direct terms, plaintiff cannot "fairly and adequately

17  protect the interests of the class," as required by Rule 23(a)(4) of the Federal Rules of Civil

18  Procedure.  See Martin v. Middendorf, 420 F. Supp. 779, 780 (D.D.C. 1976).  This action,

19  therefore, will not be certified as a class action and instead will proceed as an individual civil suit

20  brought by plaintiff.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

23          2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

24  The fee shall be collected and paid in accordance with this court's order to the Director of the

25  California Department of Corrections and Rehabilitation filed concurrently herewith.

26  /////

1      3.  Service is appropriate for the following defendants:  Correctional officer van

2  Dendries and correctional officer T. Shirley.

3      4.  The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,

4  an instruction sheet and a copy of the complaint filed August 31, 2007.

5      5.  Within thirty days from the date of this order, plaintiff shall complete the

6  attached Notice of Submission of Documents and submit the following documents to the court:

7          a.  The completed Notice of Submission of Documents;

8          b.  One completed summons;

9          c.  One completed USM-285 form for each defendant listed in number 3

10            above; and

11          d.  Three copies of the endorsed complaint filed August 31, 2007.

12      6.  Plaintiff need not attempt service on defendants and need not request waiver of

13  service.  Upon receipt of the above-described documents, the court will direct the United States

14  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

15  without payment of costs.

16      7.  Plaintiff's prayer for relief requesting class action certification, set forth in his

17  August 31, 2007 complaint, is denied.

18  DATED: June 20, 2008.

19

20  _____

   DALE A. DROZD

21  UNITED STATES MAGISTRATE JUDGE

22  DAD:4
   velez1802.1

23

24

25

26

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10      MARTIN VELEZ,

11                  Plaintiff,                        No. CIV S-07-1802 WBS DAD P

12            vs.

13      WOODFORD, et al.,                             NOTICE OF SUBMISSION

14                  Defendants.                       OF DOCUMENTS

15      _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17      order filed _____:

18                  _____        completed summons form

19                  _____        completed USM-285 forms

20                  _____        copies of the _____
                                              Complaint/Amended Complaint

21      DATED: _____.

22

23

24                                                    _____
                                                      Plaintiff

25

26