IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN VELEZ,

    Plaintiff,                      No. CIV S-07-1802-WBS-DAD P

  vs.

JEANNE WOODFORD, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to comply with the court's order of June 23, 2008 regarding submission of documents to effect service of process. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 9, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file the appropriate documents.

DATED: July 14, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:cm
vele1802.36serv