IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARTIN VELEZ,**<br>Plaintiff,<br>v.<br>**JEANNE WOODFORD, et al.,**<br>Plaintiffs. | 2:07-CV-1802 WBS DAD P<br>**ORDER** |

The Court finds there is good cause to grant Defendants' request for an extension of time to file their responsive pleading to Plaintiff's complaint. Accordingly, Defendants shall file their responsive pleading by or on November 20, 2008.

DATED: October 1, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
vel01802.eot13

[Proposed] Order

1