# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-1802 AHM (E.D. CAL.) | Date | August 14, 2009 |
|---|---|---|---|
| Title | MARTIN VELEZ v. JEANNE WOODFORD, *ET. AL* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS:

On July 1, 2009, Plaintiff submitted a "Response to Defendants Requests for Documents." (Doc. No. 26.) On July 20, 2009, Plaintiff filed a letter to the Court again explaining that he cannot provide copies of the defendants' requested documents. (Doc. No. 27.)

The Court has reviewed Plaintiff's responses. Given the absence of any motion practice, the Court instructs the parties to not file further documents concerning this issue unless they seek or oppose concrete relief.

IT IS SO ORDERED.

                                         : 

                    Initials of Preparer