# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:07-CV-1802 AHM (E.D. Cal.) | Date | December 22, 2010 |
|---|---|---|---|
| Title | MARTIN VELEZ v. JEANNE WOODFORD, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings)

    The Court reminds the parties that the trial on this matter is set to begin on January 25, 2011.  The pretrial conference will be held on January 10, 2011, and the Court authorizes plaintiff and defendants to appear telephonically.

    At the pretrial conference, the Court intends to discuss with the parties the logistics of conducting the pending trial given the highly likely fact that plaintiff will not be able to appear in person.  The parties should be prepared to describe what facilities are available to allow plaintiff to participate in the trial (*e.g.*, via video conferencing) and just what logistical and procedural steps must be taken to allow for that participation.

    Also at the pretrial conference, the Court will rule on defendants' pending motions *in limine*.  Plaintiff shall file any oppositions by not later than January 4, 2011.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |